IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STONEY LYNN HUNT,

    Petitioner,               No. CIV S-06-0118 DFL JFM P

   vs.

ROSANNE CAMPBELL, Warden,

    Respondent.            ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a decision of the California Board of Prison Terms (Board) to deny petitioner a parole date. This matter is before the court on respondent's motion to dismiss.

       Respondent contends that petitioner has no federally protected liberty interest in parole under California law. To support that contention, respondent relies on an order of a district judge of this court in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D.Cal. 2005). The Sass case is under submission in the United States Court of Appeals for the Ninth Circuit following oral argument on March 16, 2006. Good cause appearing, respondent's motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days after any decision by the court of appeals in Sass.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's February 28, 2006 motion to dismiss is denied without prejudice.

2. Within thirty days from the date of a decision by the United States Court of Appeals for the Ninth Circuit in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D.Cal. 2005) respondent shall file, as appropriate, either a renewed motion to dismiss or an answer to the petition.

3. If respondent files an answer, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application, <u>see</u> Rule 5, Rules Governing Section 2254 Cases, and petitioner's traverse, if any, shall be filed and served within thirty days after service of the answer.

4. If respondent files a renewed motion to dismiss, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED:  July 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
hunt0118.mtd